IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROMANUS MILES | : | CIVIL ACTION |
| | : | NO. 94-4669 |
| v. | : | |
| | : | |
| ALFRED ELLIOT et al. | : | |
| | : | |

## **ORDER**

AND NOW this 10th day of March, 2011, upon consideration of defendants' motion to withdraw deemed admissions and all responses thereto, it is ORDERED that the motion is GRANTED and the deemed admissions are withdrawn.

              s/Thomas N. O'Neill, Jr.
             THOMAS N. O'NEILL, JR., J.