IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROMANUS MILES | : | CIVIL ACTION |
| | : | NO. 94-4669 |
| v. | : | |
| | : | |
| ALFRED ELLIOT et al. | : | |
| | : | |

### ORDER

AND NOW, this 13th day of October, 2011, upon consideration of defendants' motion for summary judgment and plaintiff's opposition thereto, it is ORDERED that defendants' motion is GRANTED IN PART and DENIED IN PART. Defendants' motion is granted with respect to: (1) plaintiff's claims that defendants used excessive force against him after he was placed in handcuffs and (2) plaintiff's state law claims against defendant Lewis. In all other respects, defendants' motion is denied.

It is further ORDERED that:

(1) The case is listed for trial to commence on December 12, 2011 at 10:00 AM in Courtroom 4A of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania;

(2) Motions in limine or other matters requiring the Court's attention, if any, are to be filed no later than November 14, 2011; and

(3) Points for charge and verdict sheets should be filed no later than November 14, 2011.

If the parties believe a settlement conference would be productive they should contact my

chambers (215-597-2750) promptly.

                                                        *s/Thomas N. O'Neill, Jr.*
                                                        THOMAS N. O'NEILL, JR., J.