IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROMANUS MILES | : | CIVIL ACTION |
| | : | NO. 94-4669 |
| v. | : | |
| | : | |
| ALFRED ELLIOT et al. | : | |
| | : | |

**ORDER**

AND NOW, this 14th day of November, 2011, upon consideration of the first affidavit of Andrew C. Whitney, defendants' objection to plaintiff's requested attorneys fees, plaintiff's response to defendants' objection, defendants' surreply, the second affidavit of Andrew C. Whitney and defendants' response in opposition thereto, it is ORDERED that defendants are liable to plaintiff for a total of $38,633.60 in attorney's fees and $1,546.87 in costs as follows:

    (1) All defendants are liable to plaintiff for

        (a)    $13,502.60 in attorneys' fees and $225.68 in costs incurred in conjunction with plaintiff's motion for sanctions (Dkt. No. 73),

        (b)    $5,269.00 in attorneys' fees and $11.60 for costs incurred in conjunction with plaintiff's motion to compel interrogatory answers (Dkt. No. 54) and

        (3)    $2,180.50 in attorneys' fees and $140.74 in costs incurred in conjunction with plaintiff's motion to compel production of documents and things (Dkt. No. 50).

    (2) Defendant City of Philadelphia and defendant Christopher Lewis are liable to plaintiff for $5,392.00 in attorneys' fees and $85.00 in costs incurred in

    conjunction with the deposition of Lewis originally scheduled for July 21, 2010.

(3) Defendant City of Philadelphia is liable to plaintiff for

  (a) $5,780.00 in attorneys' fees and $95.00 in costs incurred in conjunction with incurred in conjunction with the Rule 30(b)(6) deposition of the City of Philadelphia originally scheduled for October 5, 2010; and

  (b) $6,509.50 in attorneys' fees and $988.85 for costs incurred in conjunction with the Rule 30(b)(6) depositions of designees Cesare, Long, and Prendergrast.

               *s/Thomas N. O'Neill, Jr.*
               THOMAS N. O'NEILL, JR., J.